IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CHRISTMAS TREE SHOPS, LLC, *et al.*,[1]<br><br>               Debtors. | Chapter 7<br><br>Case No. 23-10576 (TMH)<br><br>(Jointly Administered) |
| GEORGE L. MILLER, in his capacity as Chapter 7 Trustee of CHRISTMAS TREE SHOPS, LLC *et al.*,<br><br>               Plaintiff,<br><br>vs.<br><br>BESTWAY (USA), INC., d/b/a BESTWAY INFLATABLES,<br><br>               Defendant. | Adv. Proc. No. 25-50862 (TMH) |

**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**

      Plaintiff, George L. Miller in his capacity as chapter 7 trustee of Christmas Tree Shops, LLC, *et al.*, (the "Plaintiff"), for the estates of the above-captioned debtors (the "Debtors") in the above-captioned cases pending under chapter 7 of title 11 of the United States Code (the "Bankruptcy Code"), by and through his undersigned counsel and defendant Bestway (USA), Inc., alleged by the Plaintiff to be doing business as Bestway Inflatables (the "Defendant," and together with Plaintiff, the "Parties"), enter into this *Stipulation for Extension of Time for Defendant to Answer or Otherwise Respond to the Complaint* (the "Stipulation") and hereby stipulate and agree

---

[1] The Debtors in these chapter 7 cases and the last four digits of each Debtor's U.S. tax identification number are as follows: Christmas Tree Shops, LLC (1207), Handil, LLC (1150), Handil Holdings, LLC (2891), Salkovitz Family Trust 2, LLC (8773), and Nantucket Distributing Co., LLC (1640).

4901-2125-7292.2 57097.001

as follows:

1. The Parties agree and stipulate that the time within which the Defendant may answer or otherwise respond to the *Complaint* [D.I. 1] in the above-captioned adversary proceeding is hereby extended to and including July 14, 2025.

2. Except as specifically set forth herein, the Parties reserve all of their respective rights in this matter.

| | |
|---|---|
| Dated: June 12, 2025 | Dated: June 12, 2025 |
| PACHULSKI STANG ZIEHL & JONES LLP | WOMBLE BOND DICKINSON |
| */s/ Peter J. Keane*<br>Bradford J. Sandler (DE Bar No. 4142)<br>Peter J. Keane (DE Bar No. 5503)<br>Edward A. Corma (DE Bar No. 6718)<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE 19899-8705 (Courier 19801)<br>Telephone: (302) 652-4100<br>Facsimile:  (302) 652-4400<br>Email:  bsandler@pszjlaw.com<br>           pkeane@pszjlaw.com<br>           ecorma@pszjlaw.com<br><br>*Counsel to Plaintiff George L. Miller, Chapter 7 Trustee of Christmas Tree Shops, LLC, et al.* | */s/ Matthew Ward*<br>Matthew Ward (DE Bar No. 4471)<br>1313 North Market Street, Suite 1200<br>Wilmington, DE 19801<br>Telephone: (302) 252-4338<br>Email: matthew.ward@wbd-us.com<br><br>*Counsel to Defendant Bestway (USA), Inc.* |

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CHRISTMAS TREE SHOPS, LLC, *et al.*,[1]<br><br>　　　　　　Debtors. | Chapter 7<br><br>Case No. 23-10576 (TMH)<br><br>(Jointly Administered) |
| GEORGE L. MILLER, in his capacity as Chapter 7 Trustee of CHRISTMAS TREE SHOPS, LLC *et al*.,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>BESTWAY (USA), INC., d/b/a BESTWAY INFLATABLES,<br><br>　　　　　　Defendant. | Adv. Proc. No. 25-50862 (TMH) |

## CERTIFICATE OF SERVICE

I, Peter J. Keane, hereby certify that on the 12th day of June, 2025, I caused a copy of the following document(s) to be served on the individual(s) on the attached service list(s) in the manner indicated:

**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**

　　　　　　　　　　　　　　　　　　　　*/s/ Peter J. Keane*
　　　　　　　　　　　　　　　　　　　　Peter J. Keane (DE Bar No. 5503)

---

[1] The Debtors in these chapter 7 cases and the last four digits of each Debtor's U.S. tax identification number are as follows: Christmas Tree Shops, LLC (1207), Handil, LLC (1150), Handil Holdings, LLC (2891), Salkovitz Family Trust 2, LLC (8773), and Nantucket Distributing Co., LLC (1640).

CHRISTMAS TREE SHOPS, LLC –
Service List
re BESTWAY (USA), INC., d/b/a BESTWAY INFLATABLES
Adv. Pro. No. 25-50862 (TMH)


(*Counsel to Defendant Bestway (USA), Inc.*)
Matthew Ward
1313 North Market Street, Suite 1200
Wilmington, DE 19801
Telephone: (302) 252-4338
Email: matthew.ward@wbd-us.com

*Counsel to Defendant*
*Bestway (USA), Inc.*