IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CHRISTMAS TREE SHOPS, LLC, *et al.*,[1]<br><br>                Debtors. | Chapter 7<br><br>Case No. 23-10576 (TMH)<br><br>(Jointly Administered) |
| GEORGE L. MILLER, in his capacity as Chapter 7 Trustee of CHRISTMAS TREE SHOPS, LLC *et al.*,<br><br>                Plaintiff,<br><br>vs.<br><br>BESTWAY (USA), INC., d/b/a BESTWAY INFLATABLES,<br><br>                Defendant. | Adv. Proc. No. 25-50862 (TMH) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Doron Yitzchaki, Esq., of Dickinson Wright PLLC, to represent Defendant Bestway (USA), Inc., in the above-captioned case and any related adversary proceedings.

---

[1] The Debtors in these chapter 7 cases and the last four digits of each Debtor's U.S. tax identification number are as follows: Christmas Tree Shops, LLC (1207), Handil, LLC (1150), Handil Holdings, LLC (2891), Salkovitz Family Trust 2, LLC (8773), and Nantucket Distributing Co., LLC (1640).

| | |
|---|---|
| Dated: July 9, 2025<br>Wilmington, Delaware | **WOMBLE BOND DICKINSON (US) LLP**<br><br>*/s/ Matthew P. Ward*<br>Matthew P. Ward, Esq. (Del. Bar No. 4471)<br>1313 North Market Street, Suite 1200<br>Wilmington, Delaware 19801<br>Telephone: (302) 252-4320<br>Facsimile:  (302) 252-4330<br>Email: matthew.ward@wbd-us.com<br><br>*Counsel to Defendant Bestway (USA), Inc.* |

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of the State of Michigan and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the *Revised Standing Order for District Court Fund* revised 12/21/2023. I further certify that the annual fee of $50.00 has been paid to the Clerk of Court for the District Court.

Dated: July 9, 2025

*/s/ Doron Yitzchaki*
**DICKINSON WRIGHT PLLC**
Doron Yitzchaki, Esq.
350 S. Main Street, Suite 300
Ann Arbor, MI 48104
Telephone: (734) 623-7075
Facsimile: (844) 670-6009
Email: dyitzchaki@dickinsonwright.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Dated: July 9th, 2025
Wilmington, Delaware

**THOMAS M. HORAN**
**UNITED STATES BANKRUPTCY JUDGE**

WBD (US) 4914-2059-5796v1